Abel Deleon
Williamsburg FCI
PO Box 340
Salters, SC. 29590

Case No: 2:21-cr-96-TPB-NPM

Date 06-23-2025

Motion for retroactive application for Amendment 821 under 18 U.S.C. 3582(c)(2)

Syllabus: Amendment 821 part A limits the criminal History impact of status points specifically a defendant's status points. A decreased by one point if he has seven or more criminal History points and his status points are eliminated if he has six or fewer criminal history points.

Petitioner respectfully move this court for request for sentence Reduction under Amendment 821 4A1.1(a)(c), 4A1.1(d) and (e). In accordance Section 4A1.1(d) previously provided for (2) two criminal history points to be added if the defendant committed the offense of conviction while under any criminal justice sentence.

Respectfully submitted
(Signature) Abel Deleon